KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TIFFANY BOOSHU, Individually and as Personal Representative of the Estate of BABY GIRL BOOSHU, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    Defendant. | Case No. 2:08-cv-00001-JWS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    The Plaintiffs and the Defendants, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiffs against

the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED August 24, 2010.

KAREN L. LOEFFLER
United States Attorney

Dated: August 24, 2010

s/ Susan J. Lindquist
Assistant United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

VALCARCE LAW OFFICE, LLC

Dated: August 24, 2010

s/Jim J. Valcarce(consent)
Attorney for the Plaintiff
P.O. Box 409
Bethel, AK 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
Email:Jim@bushlawyers.com
AK #9505011